ACCEPTED
14-14-00815-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 10:18:05 AM
CHRISTOPHER PRINE
CLERK

**NO. 14-14-00814-CR**
**NO. 14-14-00815-CR**

| | | | |
|---|---|---|---|
| **BRYANT CARTER** | § | **IN THE** | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | | |
| **VS.** | § | **FOURTEENTH COURT** | 3/11/2015 10:18:05 AM |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | CHRISTOPHER A. PRINE<br>Clerk |

**MOTION TO WITHDRAW PURSUANT TO**
***ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes E. CHEVO PASTRANO, counsel for appellant BRYANT CARTER, and hereby move to withdraw from representation of appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

Counsel has thoroughly reviewed the record on appeal, and, for these reasons is thoroughly familiar with the case.

Counsel has, in the exercise of his professional judgment, determined that the instant case presents no nonfrivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advises the court and requests permission to withdraw. *Anders*, 386 U.S. at 744.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Id.*

Counsel has furnished the appellant with a copy of said brief, and a copy of this motion, thus apprising appellant of counsel's actions.

Having determined that the instant appeal is wholly frivolous and having complied with the briefing and notice requirements of *Anders*, counsel now requests that he be allowed to withdraw.

**WHEREFORE, PREMISES CONSIDERED**, Counsel for Appellant prays that the

Court grant his request and allow counsel to withdraw from this case.

Respectfully submitted,

THE PASTRANO LAW FIRM, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
Telephone:    713.222.1100
Facsimile:    832.218.7114

By:_____

E. CHEVO PASTRANO
State Bar No. 24037240
chevo@pastranolaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, via facsimile and/or email.

E. Chevo Pastrano